United States District Court
Southern District of Texas

**ENTERED**

November 22, 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NNENNA MARY JONES, | § | |
| BOP #28527-510, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-24-2816 |
| v. | § | |
| | § | |
| TANISHA HALL, WARDEN, FPC BRYAN, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 22nd day of November, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE